UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

PLACIDE LOUIS BERNARD,

               Petitioner,

- against -

ERIC HOLDER, ET AL.,

               Respondents.

----

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09
& 4/8/10

1:09-cv-03504-RJH-FM

**ORDER**

On July 31, 2009, the Court received a Report and Recommendation (the "Report") from the Honorable Frank Maas, United States Magistrate Judge for the Southern District of New York, advising that this action be dismissed as moot. The Court has not received any objections to the Report and finds no error in it. The Court therefore adopts the Report in its entirety.

As petitioner has not advised the Court of his present whereabouts, this action will be restored to the Court's docket if an application is made within thirty days.

The Clerk is directed to close this case.

SO ORDERED.

Dated: New York, New York
       August 17, 2009

                                                          Richard J. Holwell
                                                      United States District Judge